David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| DANIEL J. SERFILIPPI | ) Case No. 14-10684-PHX BKM |
| | ) |
| | ) CERTIFICATE OF MAILING |
| | ) NOTICE OF BAR DATE ON TRUSTEE'S |
| Debtor | ) OBJECTION TO PROPERTY CLAIMED |
| | ) EXEMPT BY THE DEBTOR(S) AND |
| | ) TRUSTEE'S OBJECTION |

David A. Birdsell, Trustee, hereby certifies to the Court that on this day, he delivered by First Class Mail the attached Notice of Bar Date on the Trustee's Objection to Property Claimed Exempt by the Debtor(s) and the Trustee's Objection to the Debtor(s) listed below and their Attorney (if applicable):

Debtor:

**Daniel J. Serfilippi, Debtor**
1334 E. Chandler Road #5D26
Phoenix, AZ 85048

Debtors' Attorney:

**MARK B PYPER**
OWENS & PYPER PLC
3030 N. Central Ave. Suite 1406
PHOENIX, AZ 85012

08/30/2014                        /s/ David A. Birdsell
Date                              David A. Birdsell, Trustee

# Trustee Filing:

2:14-bk-10684-BKM Daniel J. Serfilippi
Type: bk                  Chapter: 7 v              Office: 2 (Phoenix)
Assets: n                 Judge: BKM

## U.S. Bankruptcy Court

## District of Arizona

Notice of Electronic Filing

The following transaction was received from DAVID A. BIRDSELL entered on 8/30/2014 at 5:55 PM AZ and filed on 8/30/2014
**Case Name:**     Daniel J. Serfilippi
**Case Number:**   2:14-bk-10684-BKM
**Document Number:** 16

**Docket Text:**
Trustee Objection to Exempt Property filed by DAVID A. BIRDSELL on behalf of DAVID A. BIRDSELL Objections/Responses due by 9/22/2014,.(BIRDSELL, DAVID)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** TRUSTEES OBJECTION TO PROPERTY CLAIMED EXEMPT BY DEBTOR - SERFILIPPI.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=8/30/2014] [FileNumber=33880179-0
] [5a1697414b1f51a8697a78ebcce53958903d581d2f57e9189c594cc61ed6ea9c1a1
ae6784bdfbb6bcb03265482d6a333e6147cbc0f78e83393e538233e15883f]]

**2:14-bk-10684-BKM Notice will be electronically mailed to:**

DAVID A. BIRDSELL
ecf@azbktrustee.com, dab@trustesolutions.net

DAVID A. BIRDSELL on behalf of Trustee DAVID A. BIRDSELL
ecf@azbktrustee.com, dab@trustesolutions.net

MARK B PYPER on behalf of Debtor Daniel J. Serfilippi
pyperlaw@gmail.com, pyperlaw@aol.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

**2:14-bk-10684-BKM Notice will not be electronically mailed to:**

American Express Bank FSB

c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Compass Bank
P.O. BOX 201347
ARLINGTON, TX 76006

David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| DANIEL J. SERFILIPPI | ) Case No. 14-10684-PHX BKM |
| | ) |
| | ) TRUSTEE'S OBJECTION TO |
| | ) PROPERTY CLAIMED EXEMPT |
| Debtor(s) | ) |
| | ) |

David A. Birdsell, trustee of the above-captioned estate, pursuant to Bankruptcy Rule 4003(b), objects to the exemption claimed by the debtor(s), as shown on debtor(s)' schedule B-4, of the following property:

(1) 1956 E. RICHARDS DRIVE TEMPE AZ (LISTED ON SCHEDULE C)

(2) 22291 S. 213TH ST. QUEEN CREEK, AZ. (LISTED ON SCHEDULE C)

As grounds for objection, the Trustee states that:

DEBTOR NEEDS TO ONLY CLAIM ONE (1) PROPERTY ON SCHEDULE C AND

TRUSTEE IS UNSURE ABOUT WHICH PROPERTY THE DEBTOR HAS RESIDED IN

ORDER TO CLAIM A HOMESTEAD EXEMPTION

The trustee requests that after notice and hearing, an order be entered denying the above claimed exemption of the debtor(s).

| | |
|---|---|
| 8/30/14 | /s/ David A. Birdsell |
| DATE | David A. Birdsell, Trustee |

Copies mailed on: 08/30/14 to:
Debtor(s); Attorney for Debtor(s);
U.S. Trustee
By   /s/ David A. Birdsell
        Trustee

**Trustee Filing:**

2:14-bk-10684-BKM Daniel J. Serfilippi
Type: bk                  Chapter: 7 v              Office: 2 (Phoenix)
Assets: n                 Judge: BKM

**U.S. Bankruptcy Court**

**District of Arizona**

Notice of Electronic Filing

The following transaction was received from DAVID A. BIRDSELL entered on 8/30/2014 at 5:56 PM AZ and filed on 8/30/2014
**Case Name:**     Daniel J. Serfilippi
**Case Number:**   2:14-bk-10684-BKM
**Document Number:** 17

**Docket Text:**
Trustee Notice *of Bar Date on Trustee's Objection to Property Claimed Exempt by the Debtor* filed by DAVID A. BIRDSELL on behalf of DAVID A. BIRDSELL (related document(s)[16] Trustee Objection to Exempt Property).(BIRDSELL, DAVID)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** TRUSTEES NOTICE OF BAR DATE ON TRUSTEES OBJECTION TO EXEMPTIONS - SERFILIPPI.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=8/30/2014] [FileNumber=33880182-0
] [7259e32b1378e4a209ac637a76457affc124414176be420096d6b3cbc9dc57e8834
5522db90cacbfceb37597af497411393585a4455cd4725b2e231ed70d61ea]]

**2:14-bk-10684-BKM Notice will be electronically mailed to:**

DAVID A. BIRDSELL
ecf@azbktrustee.com, dab@trustesolutions.net

DAVID A. BIRDSELL on behalf of Trustee DAVID A. BIRDSELL
ecf@azbktrustee.com, dab@trustesolutions.net

MARK B PYPER on behalf of Debtor Daniel J. Serfilippi
pyperlaw@gmail.com, pyperlaw@aol.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

**2:14-bk-10684-BKM Notice will not be electronically mailed to:**

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Compass Bank
P.O. BOX 201347
ARLINGTON, TX 76006

David A. Birdsell, Chapter 7 Trustee
216 N. Center
Mesa, Az. 85201
480-644-1080 / 480-644-1082 (fax)
dab@azbktrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| DANIEL J. SERFILIPPI | CASE NO. 14-10684-PHX BKM |
| Debtor(s) | NOTICE OF BAR DATE ON TRUSTEE'S OBJECTION TO PROPERTY CLAIMED EXEMPT |

NOTICE IS GIVEN that David A. Birdsell, Chapter 7 Trustee in the above referenced case has filed an Objection to Claimed Exemption. In the objection, the Trustee objects to the following exemptions: <u>(1) 1956 E. Richards Dr. Tempe Az and (2) 22291 S. 213th St. Queen Creek Az.</u>. The Trustee's is based upon the fact <u>Debtor is only allowed to exemption one property as his homestead. Trustee needs proof from debtor as to which property he has been living in order to claim his homestead</u>.

Any party opposing the Trustee's Objection must file a written objection and request for hearing with the United States Bankruptcy Court, 230 N. First Ave. #101, Phoenix, AZ. 85003-1727 and serve a copy upon the Trustee within 21 (twenty-one) days of service of this Notice.

If no objections are filed, the Court may deny the Debtor's exemption. If an objection is filed, the Court will set a hearing on the matter and all parties will be notified thereof.

<u>Aug 30, 2014</u>　　　　　　　　　　　　　　　<u>/s/David A. Birdsell</u>
Dated　　　　　　　　　　　　　　　　　　　　David A. Birdsell, Trustee